## Rae Michelson, Appellant, v. Mandel Brothers, Inc., Appellee.

### Gen. No. 42,878.

Heard in the second division, first district, this court at the October term, 1943; opinion filed April 6, 1944. Peter D. Giachini and Kieran P. O'Gallagher, for appellant; B. S. Quigley, for appellee; Ezra L. D'Isa, of counsel. Opinion by JUSTICE SCANLAN. **Not to be published in full.**

## Charles Tidholm, Appellant, v. Amy D. Tidholm, Individually and Executrix of Instrument Purported to be Last Will and Testament of August Tidholm, Deceased, et al., Appellees.

### Gen. No. 42,220.

Heard in the second division, first district, this court at the April term, 1942; opinion filed April 6, 1944. Richard W. Proctor, for appellant; Byron C. Thorpe and Thomas M. Poynton, for appellees. Opinion by JUSTICE SULLIVAN. **Not to be published in full.**